JOHN FALLON, as Administrator of the Estate of MICHAEL FALLON, Deceased, Appellant, *v.* WILLIAM C. HOWARD, Respondent.

*Fallon* v. *Howard*, 95 App. Div. 629, affirmed.
(Argued November 29, 1905; decided December 15, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 11, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Edward J. McCrossin* for appellant.

*Frederic W. Hinrichs* and *Alfred E. Hinrichs* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

GEORGE C. HUDSON, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent.

*Hudson* v. *Erie R. R. Co.*, 92 App. Div. 621, affirmed.
(Argued December 4, 1905; decided January 9, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 23, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*John M. Gardner* for appellant.

*Henry Bacon* and *Joseph Merritt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ,